

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Daniel.Hollingsworth@usdoj.gov
6  Attorneys for the United States

7

                    UNITED STATES DISTRICT COURT
8                      DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,            2:21-CR-316-RFB-EJY

10        Plaintiff,                     **Motion to Withdraw as Forfeiture
                                         Attorney**
11     v.

12 RICHARD ANTHONY PENA,

13        Defendant.

14        Pursuant to LR IA 11-6(b), the United States moves this Court to allow Daniel D.

15 Hollingsworth to withdraw as the forfeiture attorney of record for the United States of

16 America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the

17 trial, or any hearing, and good cause is shown since no forfeiture exists in the case.

18        Dated: February 15, 2022.

19                                       Respectfully submitted,

20                                       CHRISTOPHER CHIOU
                                         Acting United States Attorney
21                                       /s/ Daniel D. Hollingsworth
                                         DANIEL D. HOLLINGSWORTH
22                                       Assistant United States Attorney

23

24                                       IT IS SO ORDERED:

25

26
                                         _____
27                                       RICHARD F. BOULWARE, II
                                         UNITED STATES DISTRICT JUDGE

28                                       DATED: ____March 1, 2022____