UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ANTHONY PENA,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00316-ART-EJY<br><br>**ORDER** |

　　　Based on the stipulation (ECF No. 32) and good cause appearing:

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Friday, June 21, 2024, at 11:00 a.m., be vacated and continued to Thursday, September 26, 2024, at 11:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

　　　DATED this 29th day of May 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE