# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ANTHONY PENA,<br><br>Defendant. | Case No. 2:21-cr-00316-ART-EJY<br><br>**ORDER GRANTING**<br>Stipulation to Continue Sentencing Hearing (Second Request) (ECF No. 37) |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 26, 2024, at 11:00 a.m., be vacated and continued to November 1, 2024 at the hour of 11:00 a.m.

DATED this 9th day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1