# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>RICHARD ANTHONY PENA,<br><br>   Defendant. | Case No. 2:21-cr-00316-ART-EJY<br><br>**ORDER** |

  Based on the stipulation (ECF No. 39) and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, November 1, 2024, at 11:00 a.m., is vacated and continued to March 13, 2025, at 1:00 p.m. before U.S. District Court Judge, Anne R. Traum, in a Las Vegas courtroom to be determined.

  DATED this 11th day of October 2024.

                 _____
                 Anne R. Traum
                 United States District Court Judge